UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| THOMAS MARSHALL, | § § § | |
| Plaintiff, | § § | |
| v. | § § | SA-21-CA-811-JKP |
| DIRECTIONAL PROJECT SUPPORT, INC. and WILLIAM GARDNER, | § § § § | |
| Defendants. | § | |

### ORDER

In light of Plaintiff's Notice of Voluntary Dismissal (Docket Entry 6), filed on today's date, it is hereby **ORDERED** that the above-entitled and numbered cause is **RETURNED** to the District Court for all purposes.

**SIGNED** on December 6, 2021.

_____
Henry J. Bemporad
United States Magistrate Judge