UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**THOMAS MARSHALL,
INDIVIDUALLY;**

*Plaintiff*

v

**DIRECTIONAL PROJECT SUPPORT,
INC., INDIVIDUALLY; AND WILLIAM
GARDNER, INDIVIDUALLY;**

*Defendant*

Case No.  SA: 21-CV-00811-JKP

## O R D E R

Before the Court is Plaintiff's Stipulation of Voluntary Dismissal seeking to dismiss this cause with prejudice. *ECF No*. . The Court deems the terms of the dismissal proper.

In accordance with Federal Rule of Civil Procedure 41(a)(2), it is ORDERED all causes of action asserted by Plaintiff are DISMISSED without prejudice.

IT IS FURTHER ORDERED any pending motions are DENIED as moot.

IT IS FURTHER ORDERED all costs and attorneys' fees shall be paid by the party incurring them.

The Clerk of Court is DIRECTED to close the case.

It is so Ordered.
SIGNED this 7th day of December, 2021.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE